# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1411
_____

Kim Holston

*Plaintiff - Appellant*

v.

The City of Hope, Arkansas, A Public Body Corporate and Politic; Catherine Cook, in her individual and official capacity as City Manager; Larry York, in his individual and official capacity as Public Works Director

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Texarkana

_____

Submitted: December 15, 2020
Filed: December 18, 2020
[Unpublished]

_____

Before GRUENDER, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Kim Holston appeals the district court's[1] adverse grant of summary judgment in her employment action. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. *See Banks v. John Deere & Co.*, 829 F.3d 661, 665 (8th Cir. 2016) (reviewing grant of summary judgment *de novo*). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas.